**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**SARAH JACKSON**                                                              **PLAINTIFF**

**VS.**                               **CIVIL ACTION NO. 5:11-CV-150-DCB-RHW**

**WAL-MART STORES EAST, LP**                            **DEFENDANT**

**AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE**

THIS CAUSE having come on for consideration on the *ore tenus* motion of Plaintiff, **SARAH JACKSON,** through her attorney, for entry of a Judgment of Dismissal to dismiss this cause with prejudice on the basis that all claims have been fully resolved and compromised, the Court, understanding that counsel for Defendant, Wal-Mart Stores East, LP, joins in with this motion, finds that the relief requested is well founded and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED**, that the herein styled and numbered cause be, and the same hereby is dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the  13th  day of  February , 2013.

                                                  s/ David Bramlette
                                          **UNITED STATES DISTRICT COURT JUDGE**

Agreed to and Approved:

  *s/ Thomas M. Louis*                             *s/ Philip E. Carby*
Thomas M. Louis (MSB #8484)               Philip E. Carby (MSB #5862)
Shanda M. Yates (MSB #102687)           E. Hyde Carby (MSB #102932)
Wells Marble & Hurst, PLLC                  Carby & Carby, P.C.
Post Office Box 131                              Post Office Box 1047
Jackson, Mississippi 39205-0131            Natchez, MS 39121

*Attorneys for Defendant*                              *s/ John T. Ball*
                                                  John T. Ball (MSB #1724)
                                                  P. O. Box 2037
                                                  Natchez, MS 39121

                                                  *Attorneys for Plaintiff*